United States District Court
Southern District of Texas
**ENTERED**
September 15, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANN SUTTON, *Plaintiff*, | § § § | |
| v. | § § § § | Civil Action H-25-2639 |
| JOHN CHUNG, *et al.*, *Defendants*. | § § | |

### ORDER

On August 22, 2025, Magistrate Judge Peter Bray recommended that the court deny as moot the pending motion for a temporary restraining order. ECF No. 27. The parties were provided with notice and opportunity to object to the magistrate judge's recommendation. Plaintiff filed objections. ECF No. 28. The objections are overruled.

The court has reviewed the recommendation de novo and finds no error in law or fact. The court therefore **ADOPTS** the memorandum and recommendation as its memorandum and opinion. The motion for a temporary restraining order, ECF No. 6, is **DENIED as MOOT**.

Signed at Houston, Texas, on September 15, 2025.

_____
Lee H. Rosenthal
Senior United States District Judge