United States District Court
Southern District of Texas
**ENTERED**
March 16, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| ANN SUTTON,<br>*Plaintiff,* | § § § | |
| v. | § § | Civil Action H-25-2639 |
| JOHN CHUNG, *et al.,*<br>*Defendants.* | § § § § | |

## ORDER

On February 10, 2026, Magistrate Judge Peter Bray recommended that the court grant Defendants' Motion to Dismiss, ECF No. 17, and deny Plaintiff's Motion for a Preliminary Injunction, ECF No. 17. ECF No. 35. The parties were provided with notice and an opportunity to object to the magistrate judge's recommendation. Plaintiff filed objections. ECF No. 36. The objections are overruled.

The court has reviewed the recommendation de novo and finds no error in law or fact. The court therefore **ADOPTS** the memorandum and recommendation as its memorandum and opinion. The Motion to Dismiss, ECF No. 32, is **GRANTED**. The Motion for a Preliminary Injunction, ECF No. 17, is **DENIED**.

Signed at Houston, Texas, on March *13* , 2026.

Lee H. Rosenthal
Senior United States District Judge